# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-3871

—————————————————

DAMON MCKINLEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Belated Appeal–Original Jurisdiction.

November 9, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

WETHERELL, MAKAR, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Damon McKinley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.